Rubeo, F.J. Jr. #Rem 444
5325 Broder blvd.
Dublin, CA. 94568

Dated this 28th day of January, 2019.

United States District Court
Clerk's Office
450 Golden Gate Ave. 16th fl.
San Francisco, CA. 94102

Dear Clerk of Court:

Please find enclosed

1. A CIVIL Rights Complaint [§ 1983] ⟨162 pages⟩;
2. Party Summons × 20 for named defendants ⟨20 pages⟩;
3. EXHIBITS in support of complaint ⟨227 pages⟩;
4. MOTION FOR APPOINTMENT OF COUNSEL [28 U.S.C. 1915] ⟨4 pages⟩, Memorandum ⟨6 pages⟩, Declaration ⟨2 pages⟩;
5. MOTION TO PROCEED IN Forma Pauperis [28 U.S.C. 1915] ⟨1 page⟩, Application ⟨7 pages⟩, Declaration ⟨2 pages⟩; and
6. Two additional copies of the abov

I forward the enclosed documents with the purpose to initiate a civil rights complaint [§ 1983]. Along with the originals, a courtesy copy for the court's ease of reference has been enclosed; the other copy is submitted for endorsement and return in the self-addressed stamped envelope. I anticipate that my Motion for in Forma Pauperis Status will be granted, and thus anticipate that a Federal Marshall will be directed by the Court to process service. For the same reason I have not enclosed the $350 filing fee at this time.

page 1 of 2

Also please direct me if I am to file copies for each defendant and if so, when I am to do so. I anticipate that I will only have to serve a copy to The Alameda County Sheriff Gregory J. Ahern at the Sheriff's office as all parties are his employees and thus may be represented by the same law firm.

    Thank you for your time in this matter.

                      Sincerely,

                      *Ruben Febo Jr.*
                      Ruben Febo JR

RUBEN FEBO JR. #BEM444
5325 BRODER BLVD.
DUBLIN, CA. 94568

DATED THIS 28TH DAY OF JANUARY, 2019.

UNITED STATES DISTRICT COURTHOUSE
CLERK'S OFFICE
450 GOLDEN GATE AVE. 16TH FL.
SAN FRANCISCO, CA 94102

DEAR CLERK OF COURT:

PLEASE ALSO FIND ENCLOSED:

1) MOTION FOR LEAVE TO SERVE SUBPEONA (3 PAGES),
   DECLARATION (2 PAGES),
   SUBPEONA (2 PAGES),
   MEMORANDUM (4 PAGES);

2) MOTION FOR JOINDER BY COURT ORDER (4 PAGES),
   DECLARATION (3 PAGES),
   EXHIBITS (3 PAGES),
   MEMORANDUM (8 PAGES);

THANK YOU FOR YOUR TIME.

RESPECTFULLY SUBMITTED,

*Ruben Febo Jr.*
RUBEN FEBO JR. #BEM444