# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| RUBEN FEBO JR., individually, | ) Case No.: Case No.: 4:19-cv-00803-HSG |
|---|---|
| Plaintiff, | ) |
| | ) **[PROPOSED]** ORDER CONTINUING |
| v. | ) **CASE MANAGEMENT CONFERENCE** |
| COUNTY OF ALAMEDA, et al. | ) |
| Defendants. | ) |

For the reasons set forth in the parties' stipulation, the October 15, 2019 case management conference is hereby continued to  February 13, 2020 at 2:00 p.m. 

IT IS SO ORDERED:

Dated: October __3__, 2019

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge