NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FEBO JR., individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, a municipal corporation; JUSTIN LINN, individually and in his official capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; ERIK MCDERMOTT, individually and in his capacity as a deputy for the COUNTY OF ALAMEDA Sheriff's Department; DOES 1-10, inclusive; individually and in their capacities as law enforcement agents and/or personnel for the COUNTY OF ALAMEDA Sheriff's Department,<br><br>Defendants. | Case No. C19-00803 HSG<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE**<br><br>Dept: Ctrm 2-4th Flr.<br>Judge: Haywood S. Gilliam, Jr. |

The relevant parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff's First Amended Complaint (ECF 25), the entire action, against all Defendants, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal. In light of this dismissal, the Rule 12 motions and Case Management Conference set for December 5th are hereby vacated.

STIPULATION AND ORDER DISMISSING
ENTIRE ACTION, WITH PREJUDICE,
C19-00803 HSG

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 4, 2019   By:   /s/ Odiwe, K. Chike
    John L. Burris
    K. Chike Odiwe
    Attorneys for Plaintiff Ruben Febo, Jr.

Dated:  December 4, 2019   MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:   /s/ Blechman, Noah G.
    Noah G. Blechman
    Amy S. Rothman
    Attorneys for Defendant
    COUNTY OF ALAMEDA

Dated:  December 4, 2019   MAYALL HURLEY, P.C.

By:   /s/ Berry, Mark E.
    Mark E. Berry
    Attorney for Defendant
    JUSTIN LINN

Dated:  December 4, 2019   LAW OFFICES OF MATTHEW M. GRIGG

By:   /s/ Grigg, Matthew M.
    Matthew M. Grigg
    Attorney for Defendant
    ERIK McDERMOTT

## **ORDER**

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal. All hearings set in this matter are vacated.

IT IS SO ORDERED

DATED:12/4/2019   By: *Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE, C19-00803 HSG     2